HASTINGS LAND IMPROVEMENT CO. v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by the Hastings Land Improvement Company against the Empire State Surety Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

HATCH et al. v. LUCKMAN. PEOPLE ex rel. HATCH et al. v. CARPENTER et al. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Phœbe Hatch and another, as administrators, etc., against Willis Luckman. Proceeding by the People of the State of New York, on the relation of William Hatch and others, against Cornelius Carpenter and others. No opinions. Judgment (64 Misc. Rep. 508, 118 N. Y. Supp. 689) and order affirmed, with costs, upon the opinion by WHEELER, J., delivered at Special Term.

HAWLEY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Cyrus Hawley against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

HAWLEY, Respondent, v. STATEN ISLAND RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Eleanor M. Hawley against the Staten Island Rapid Transit Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

HAYES, Respondent, v. TOWN OF FORESTBURGH, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Uzal T. Hayes as executor, etc., against the Town of Forestburgh. No opinion. Order affirmed, with $10 costs and disbursements.

HEARN et al., Respondents, v. SCHUCHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by George A. Hearn and others, copartners, etc., against George Schuchman. No opinion. Order modified by striking out paragraph numbered 7 in the complaint, and, as thus modified, affirmed, without costs.

HEIDE, Respondent, v. MULINOS, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Henry Heide against Lambros Mulinos. J. A. Allen, of New York City, for appellant. A. L. Fullman, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 153 App. Div. 897, 138 N. Y. Supp. 1120.

HELLER, HIRSH & CO., Appellant, v. GENERAL MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Heller, Hirsh & Co. against the General Manufacturing Company. N. D. Stern, of New York City, for appellant. J. B. Mackie, of New York City, for respondent. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 140 N. Y. Supp. 117.

In re HENTSCHEL. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) In the matter of Charles Hentschel, Jr., an attorney. No opinion. Motion granted.

In re HERBST. (Supreme Court, Appellate Division, First Department. April 4, 1913.) In the matter of Chas. H. Herbst. No opinion. Referred to official referee. Settle order on notice.

HILLMAN, Respondent, v. PEACE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by George W. Hillman, Jr., against Harry B. Peace and another. No opinion. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, upon the ground that Philpot was not plaintiff's superintendent, and that he was not constrained to act under his orders.

HOCHSTEIN et al., Appellants, v. VANDERVEER CROSSINGS, Inc., Respondent (two cases). (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Louis Hochstein and another against the Vanderveer Crossings, Incorporated. A. A. Silberberg, of New York City, for appellants. C. C. Clark, of Brooklyn, for respondent. No opinion. Judgments affirmed, with costs, on 150 App. Div. 118, 134 N. Y. Supp. 950. Orders filed. See, also, 150 App. Div. 924, 135 N. Y. Supp. 1118.

HOFFAINE, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Gertrude A. Hoffaine against John B. Owens. C. W. Wickersham, of New York City, for appellant. H. Kahn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOLBROOK, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Francis R. Holbrook against Arthur Kennedy. T. F. Walsh, of New York City, for appellant. C. W. Gormly, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 App. Div. 896, 138 N. Y. Supp. 1121.